Cite as 23 I&N Dec. 694 (A.G. 2005)                    Interim Decision #3504

# In re R-A-, Respondent

*Decided by Attorney General January 19, 2005*

*Decided by Attorney General January 19, 2001*[1]

*Decided by Board June 11, 1999*

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

FOR APPLICANT: Jane B. Kroesche, Esquire, and Karen Musalo, Esquire, San Francisco, California

FOR DEPARTMENT OF HOMELAND SECURITY:  Joe D. Whitley, General Counsel

## BEFORE THE ATTORNEY GENERAL
(January 19, 2005)

The case is remanded to the Board of Immigration Appeals for reconsideration following final publication of the proposed rule published at 65 Fed. Reg. 76,588 (Dec. 7, 2000).  The BIA should reconsider the decision in light of the final rule.

---

[1] The Attorney General's January 19, 2001, and the Board's June 11, 1999, decisions in this case were published as *Matter of R-A-*, 22 I&N Dec. 906 (A.G. 2001; BIA 1999).